# EXECUTED PROCESS

# EXHIBIT A

5/13/2019 11:55 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 33511031
Receipt Number: 771698        By: Tiffany Jefferson
Tracking Number: 73620... Filed: 5/13/2019 11:55 AM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 201929340

PLAINTIFF: SUL GARROTT LLC                    In the 164th Judicial

vs.                                           District Court of

DEFENDANT: TOTAL CONTRACTING LIMITED          Harris County, Texas

CITATION

THE STATE OF TEXAS
County of Harris

TO: TOTAL CONTRACTING LIMITED BY SERVING ITS REGISTERED AGENT BOUTROS G MERHI

11203 BEDFORD STREET

HOUSTON TX 77031

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND.

This instrument was filed on April 26, 2019, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this May
2, 2019.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: BRIANNA J. DENMON

Issued at request of:
Slania, Andrew
2402 DUNLAVY STREET
HOUSTON, TX  77006
713-554-9099

Bar Number: 24056338

**EXHIBIT A-1**

Tracking Number: 73620176

CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court |
| DEFENDANT: TOTAL CONTRACTING LIMITED | of Harris County, Texas |

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.

Executed at (address) _____

in _____ County

at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,

by delivering to _____ defendant,

in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the

_____ Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____          _____

_____ of _____

County, Texas

_____          By: _____

Affiant                                         Deputy

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____. of _____, 20 _____

_____

Notary Public

# 164th District Court of HARRIS County, Texas

RUSH SERVICE

201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, LAKEYSHA SMITH, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents stated
below on 05/02/19 6:47 pm, instructing for same to be delivered upon TOTAL CONTRACTING
LIMITED By Delivering To Registered Agent, Boutros G. Merhi.

| | | |
|---|---|---|
| That I delivered to | : | TOTAL CONTRACTING LIMITED By Delivering To Registered Agent, Boutros G. Merhi. |
| the following | : | CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND |
| at this address | : | 11203 Bedford Street Houston, Harris County, TX 77031 |
| Manner of Delivery | : | By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : | Friday MAY 3, 2019 1:25 pm |

My name is LAKEYSHA SMITH, my date of birth is JUN 6th, 1972, and my address is
Professional Civil Process Houston, 2626 South Loop West Ste 423, Houston TX 77054,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the 10 day of
May , 2019 .

LAKEYSHA SMITH                                                    Declarant
3050

Texas Certification #: PSC-14892 Exp. 04/30/2020

PCP Inv#: H19500145
SO  Inv#: A19500330

+ Service Fee:  90.00
  Witness Fee:    .00
  Mileage Fee:    .00

tomcat
eaffidavits@pcpusa.net

AX02A19500330

Raizner, Jeffrey L.

**E-FILE RETURN**

9/18/2019 4:36 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36932157
Receipt Number: 877219      By: Tiffany Jefferson
Tracking Number: 73670 Filed: 9/18/2019 4:36 PM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th Judicial |
| vs. | District Court of |
| DEFENDANT: TOTAL CONTRACTING LIMITED | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AMRISC LLC MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND.

This instrument was filed on September 6, 2019, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this September 12, 2019.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: RHONDA MOMON

Issued at request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

EXHIBIT A-2

Tracking Number: 73670107

CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court |
| DEFENDANT: TOTAL CONTRACTING LIMITED | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____, 20_____.

Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of _____ , 20 _____,
by delivering to _____ defendant, in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____

_____ of _____

County, Texas

_____        By: _____
            Affiant                                      Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
                        Notary Public

# 164th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
VS
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 09/17/19 9:28 am, instructing for same to be delivered upon Amrisc,
Llc By Delivering To Registered Agent Ct Corporation System.

That I delivered to: Amrisc, Llc By Delivering To Registered Agent Ct Corporation
System. By Delivering to Terri Thongsavat, Intake Specialist

the following      : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address    : 1999 Bryan St Ste 900
Dallas, Dallas County, TX 75201

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Tuesday September 17, 2019 2:37 pm

My name is TRACY JONES, my date of birth is July 15th, 1969, and my address is
Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX
75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Dallas County, State of Texas, on the 18th day of
Sept , 2019 .

_____
TRACY JONES                    2707    Declarant
TX Certification#: PSC-14958 Exp. 05/31/2020

AX02A19903452
braddock
eaffidavits@pcpusa.net

Service Fee:  75.00  PCP Inv#: A19903452
Witness Fee:    .00  RO  Inv#: D19900352
Mileage Fee:    .00
Raizner, Jeffrey L.                    E-FILE RETURN

9/18/2019 4:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36932178
Receipt Number: 877219     By: Tiffany Jefferson
Tracking Number: 73670... Filed: 9/18/2019 4:37 PM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th Judicial |
| vs. | District Court of |
| DEFENDANT: TOTAL CONTRACTING LIMITED | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: QBE SPECIALTY INSURANCE COMPANY MAY BE SERVED BY SERVING ITS REGISTERED AGENT

CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S FIRST AMENDED AND JURY DEMAND.

This instrument was filed on September 6, 2019, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this September 12, 2019.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: RHONDA MOMON

Issued at request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

# EXHIBIT A-3

Tracking Number: 73670136

CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court |
| DEFENDANT: TOTAL CONTRACTING LIMITED | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____, 20_____.

Executed at (address) _____

in _____ County

at _____ o'clock _____. M., on the _____ day of _____, 20 _____,

by delivering to _____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____ Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                    _____

                              _____ of _____

County, Texas

_____        By: _____
        Affiant                              Deputy

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____.

                              _____
                                      Notary Public

# 164th District Court of HARRIS County, Texas

201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/17/19 10:11 am, instructing for same to be delivered upon QBE Specialty Insurance Company By Delivering To Registered Agent, Ct Corporation System.

That I delivered to: QBE Specialty Insurance Company By Delivering To Registered Agent, Ct Corporation System. By Delivering to Terri Thongsavat, Intake Specialist

the following      : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address    : 1999 Bryan Street Ste 900
                     Dallas, Dallas County, TX 75201

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Tuesday SEP 17, 2019 2:43 pm

My name is TRACY JONES, my date of birth is JUL 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 18th day of
Sept , 2019 .

_____
TRACY JONES          2707   Declarant
TX Certification#: PSC-14958 Exp. 05/31/2020

AX02A19903467
tomcat
eaffidavits@pcpusa.net

Service Fee:  75.00  PCP Inv#: D19900353
Witness Fee:    .00  SO  Inv#: A19903467
Mileage Fee:    .00
Raizner, Jeffrey L.

**E-FILE RETURN**

9/20/2019 11:39 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36986774
By: Tiffany Jefferson
Filed: 9/20/2019 11:39 AM

Receipt Number: 877219
Tracking Number: 73670123

COPY OF PLEADING PROVIDED BY PLT

## CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court of |
| DEFENDANT: TOTAL CONTRACTING LIMITED | Harris County, Texas |

### CITATION (INSURANCE COMMISSION)

THE STATE OF TEXAS
County of Harris

**TO: INDIAN HARBOR INSURANCE COMPANY MAY BE SERVED BY SERVING THE TEXAS COMMISSIONER OF INSURANCE 333 GUADALUPE AUSTIN TEXAS 78701**

**FORWARD TO: SARAH MIMS**

**ASSISTANT SECRETARY**

**505 EAGLEVIEW BLVD SUITE 100**

**EXTON PA 19341-0636**

Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND.

This instrument was filed on September 6, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on September 12, 2019, under my hand and seal of said Court.

*Marilyn Burgess*

Marilyn Burgess, **District Clerk**
**Harris County, Texas**
**201 Caroline, Houston, Texas 77002**

Issued at request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX 77006-6760
713-554-9099

**Generated By: RHONDA MOMON**

Bar Number: 24056338

EXHIBIT A-4

Tracking Number: 73670123

## CAUSE NUMBER: 201929340

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | **In the 164th** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | **Harris County, Texas** |

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____,
20_____.
Executed at (address) _____ in
_____ County
at _____ o'clock _____. M., on the _____ day of _____,
20 _____,
by delivering to _____ defendant, in person, a true
copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____,
20 _____.

FEE: $ _____

_____

_____ of _____

County, Texas

_____        By: _____
         Affiant                                  Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation
was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____.
20 _____

_____
Notary Public

# 164th District Court of HARRIS County, Texas

201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**VS**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, JAMES R HENDERSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 09/18/19 11:14 am, instructing for same to be delivered upon Indian
Harbor Insurance Company By Delivering To Texas Commissioner Of Insurance.

That I delivered to: Indian Harbor Insurance Company By Delivering To Texas
Commissioner Of Insurance. By Delivering to Victoria Ortega,
Authorized To Accept

the following         : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address       : 333 Guadalupe St
Austin, Travis County, TX 78701

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on          : Thursday September 19, 2019 11:40 am

My name is JAMES R HENDERSON, my date of birth is October 24th, 1980, and my address
is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Travis County, State of Texas, on the _____ day of

_____, 20 ____.

_____
JAMES R HENDERSON          2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2021

roberth
eaffidavits@pcpusa.net

Service Fee: 125.00  PCP Inv#: Z19900142
Witness Fee:    .00  SO  Inv#: A19903462
Mileage Fee:    .00
Raizner, Jeffrey L.

**E-FILE RETURN**

AX02A19903462

9/20/2019 11:39 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36986793
By: Tiffany Jefferson
Filed: 9/20/2019 11:39 AM

Receipt Number: 877219
Tracking Number: 73670141

COPY OF PLEADING PROVIDED BY PLT

## CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court of |
| DEFENDANT: TOTAL CONTRACTING LIMITED | Harris County, Texas |

### CITATION (INSURANCE COMMISSION)

**THE STATE OF TEXAS**
**County of Harris**

**TO: STEADFAST INSURANCE COMPANY MAY BE SERVED BY SERVING THE TEXAS COMMISSIONER OF INSURANCE 333 GUADALUPE AUSTIN TEXAS 78701  FORWARD TO: GENERAL COUNSEL LAW DEPARTMENT STEADFAST INS CO**

**1299 ZURICH WAY**

**SCHAUMBURG IL 60196**

Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND.

This instrument was filed on September 6, 2019, in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on September 12, 2019, under my hand and seal of said Court.

*Marilyn Burgess*

Marilyn Burgess, **District Clerk**
**Harris County, Texas**
**201 Caroline, Houston, Texas 77002**

Issued at request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

Generated By: RHONDA MOMON

EXHIBIT A-5

Tracking Number: 73670141

**CAUSE NUMBER: 201929340**

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | **In the 164th** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | **Harris County, Texas** |

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____,
20_____.
Executed    at    (address)    _____    in
_____ County
at _____ o'clock ____. M., on the _____ day of _____,
20 _____,
by delivering to _____ defendant, in person, a true copy of this
Citation    together    with    the    accompanying    _____    copy(ies)    of    the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____,
20 _____.

FEE: $ _____

_____

_____ of      _____

County, Texas

_____      By: _____
         Affiant                                        Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation
was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____,
20 _____

_____
Notary Public

# 164th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002
## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, JAMES R HENDERSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 09/18/19 11:19 am, instructing for same to be delivered upon
Steadfast Insurance Company By Delivering To Registered Agent, Texas Commissioner Of
Insurance.

That I delivered to: Steadfast Insurance Company By Delivering To Registered Agent,
                     Texas Commissioner Of Insurance. By Delivering to Victoria
                     Ortega, Authorized To Accept

the following     : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address   : 333 Guadalupe St
                    Austin, Travis County, TX 78701

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on      : Thursday September 19, 2019 11:41 am

My name is JAMES R HENDERSON, my date of birth is October 24th, 1980, and my address
is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Travis County, State of Texas, on the _____ day of

_____, 20___.

_____
JAMES R HENDERSON        2732   Declarant
TX Certification#: PSC-12091 Exp. 06/30/2021

roberth
eaffidavits@pcpusa.net

Service Fee: 125.00  PCP Inv#: Z19900143
Witness Fee:    .00  SO  Inv#: A19903468
Mileage Fee:    .00
Raizner, Jeffrey L.

                                    E-FILE RETURN

AX02A19903468

CAUSE NO. 201929340

10/4/2019 7:59 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37378275
By: Tiffany Jefferson
Filed: 10/4/2019 7:59 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 877219
TRACKING #: 73670159

| | |
|---|---|
| Plaintiff: SUL GARROTT LLC | In The 164th |
| | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: TOTAL CONTRACTING LIMITED | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:   **LEXINGTON INSURANCE COMPANY MAY BE SERVED BY SERVING ITS DIVISION
EXECUTIVE COMMERCIAL PROPERTY**
  100 SUMMER STREET
  BOSTON MA 02110

  Attached is a copy of: PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

This instrument was filed on SEPTEMBER 6, 2019, in the above cited cause number and court.  The instrument attached describes the claim against you.

  **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on  September 12, 2019, under my hand and seal of said court.

Issued at the request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: RHONDA MOMON

## EXHIBIT A-6

Tracking Number: 73670159

**CAUSE NUMBER: 201929340**

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | **In the 164th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | **Harris County, Texas** |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____
_____ in _____ County at o'clock ___, M. On the _____ day of
_____. 20 _____, by

Delivering to _____defendant, in person, a true copy of this
Citation together with the accompanying _____ copy (ies) of the _____. Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____,
20__.

Fees $_____

_____              By_____
              Affiant                                                                     Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____
              Notary Public

164th District Court of HARRIS County. Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002

Case #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

## AFFIDAVIT OF SERVICE
*(Private Process)*

I, _James Burke_, being duly sworn deposes
That I am a competent person more than 18 years of age or older and not a party to
this action.  That I received the documents stated below on _9/18/19_ instructing
for same to be delivered upon **Lexington Insurance Company By Delivering To Its Division
Executive Commercial Property.**

That I delivered to   : _Greg Wyles, Attorney and person authorized to accept Service_

the following         : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address       : _99 High St_
                        _Boston. MA 02110_

Manner of Delivery    : [X] By PERSONALLY delivering the document(s) to the person above.
                        [_] By SUBSTITUTE SERVICE: By delivering to the above named
                            person at the usual place of abode/business
                        [_] By POSTING: By securely affixing to the main entry

Date and time         : _9/19/19 @ 12 noon_

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

_9/27/19_
Date                              Signature of Server
                                  Lic#: _1012_          Expiration: _04/20_
On this day _James Burke_ appeared before me, a notary public, and
being duly sworn by me stated that he/she has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts contained therein are
true and correct.  Given my hand and seal of office this _27_ day
of _Sept_ 200 _19_.

PCP Inv. #A19903469
Private Process Server

MELANIE A FRANKLIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 10, 2020

Raizner, Jeffrey L.
Raizner Slania LLP

Service Fee:_____
Witness Fee:_____
Mileage Fee:_____          E-FILE AFF

christyb

10/9/2019 2:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37518764
By: Mercedes Ramey
Filed: 10/9/2019 2:37 PM

Receipt Number: 877219
Tracking Number: 73670141

COPY OF PLEADING PROVIDED BY PLT

## CAUSE NUMBER: 201929340

| | |
|---|---|
| PLAINTIFF: SUL GARROTT LLC | In the 164th |
| vs. | Judicial District Court of |
| DEFENDANT: TOTAL CONTRACTING LIMITED | Harris County, Texas |

### CITATION (INSURANCE COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: STEADFAST INSURANCE COMPANY MAY BE SERVED BY SERVING THE TEXAS COMMISSIONER OF INSURANCE 333 GUADALUPE AUSTIN TEXAS 78701  FORWARD TO: GENERAL COUNSEL LAW DEPARTMENT STEADFAST INS CO

1299 ZURICH WAY

SCHAUMBURG IL 60196

    Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND.

This instrument was filed on September 6, 2019, in the above cited cause number and court.  The instrument attached describes the claim against you.

    **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on September 12, 2019, under my hand and seal of said Court.

*Marilyn Burgess*

Marilyn Burgess, **District Clerk**
**Harris County, Texas**
**201 Caroline, Houston, Texas 77002**

Issued at request of:                                          Generated By: RHONDA MOMON
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

EXHIBIT A-7

Tracking Number: 73670141

**CAUSE NUMBER: 201929340**

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | **In the 164th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | **Harris County, Texas** |

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at _____o'clock _____. M., on the _____ day of _____,
20_____.
Executed    at    (address)    _____    in
_____ County
at _____ o'clock _____. M., on the _____ day of _____,
20 _____,
by delivering to _____ defendant, in person, a true
copy of this
Citation        together        with        the        accompanying        _____        copy(ies)        of        the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____,
20 _____.

FEE: $ _____

_____

_____ of        _____

County, Texas

_____                By: _____
            Affiant                                                                Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation
was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____,
20 _____

_____
Notary Public

# 164th District Court of HARRIS County, Texas

201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, JAMES R HENDERSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 10/08/19 11:10 am, instructing for same to be delivered upon
Steadfast Insurance Company By Serving Its Registered Agent-Corporation Services
Company.

| | |
|---|---|
| That I delivered to | : Steadfast Insurance Company By Serving Its Registered Agent-Corporation Services Company. By Delivering to Samantha Guerra, Authorized To Accept |
| the following | : citation (insurance commission); plaintiff's first amended petition and jury demand |
| at this address | : 211 E 7th Street, Suite 620 Austin, Travis County, TX 78701-3218 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Tuesday OCT 8, 2019 1:44 pm |

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is
Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741, and
U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, State of Texas, on the _____ day of _____

_____, 20____.

_____
JAMES R HENDERSON          2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2021

AX02A19A01546

tomcat
eaffidavits@pcpusa.net

| | |
|---|---|
| Service Fee: | 75.00  PCP Inv#: Z19A00074 |
| Witness Fee: | .00  SO Inv#: A19A01546 |
| Mileage Fee: | .00 |

Raizner, Jeffrey L.

**E-FILE RETURN**

CAUSE NO. 201929340

10/18/2019 3:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37786973
By: Tiffany Jefferson
Filed: 10/18/2019 3:31 PM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 877219
TRACKING #: 73670162

| | |
|---|---|
| Plaintiff: SUL GARROTT LLC | In The 164th<br>Judicial District Court of<br>Harris County, Texas |
| vs.<br>Defendant: TOTAL CONTRACTING LIMITED | |
| | Houston, Texas |

### CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To:   INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE MAY BE SERVED BY SERVING ANDREA BEST DRINKER BIDDLE & REATH LLP**
1177 AVENUE OF THE AMERICA 41ST FLOOR
NEW YORK NY 10036-2701

Attached is a copy of: PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

This instrument was filed on SEPTEMBER 6, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on  September 12, 2019, under my hand and seal of said court.

Issued at the request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX  77006-6760
713-554-9099

Bar Number: 24056338

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: RHONDA MOMON

### EXHIBIT A-8

Tracking Number: 73670162

**CAUSE NUMBER: 201929340**

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | **In the 164th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | **Harris County, Texas** |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____
_____ in _____ County at o'clock ___, M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this
Citation together with the accompanying _____ copy (ies) of the _____. Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____,
20__.

Fees $_____

_____
          Affiant

By_____
          Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____
          Notary Public

# 164th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
vs
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, MICHAEL COHEN, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 09/16/19 5:20 pm, instructing for same to be delivered upon International Insurance Company Of Hannover Se By Delivering To Its Registered Agent Andrea Best, Drinker Biddle & Reath, Llp.

That I delivered to:  International Insurance Company Of Hannover Se By Delivering To Its Registered Agent Andrea Best, Drinker Biddle & Reath, Llp

the following          : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address        : 1177 Avenue Of The Americas,
                         41st Floor
                         New York, New York County, NY 10036-2714

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on           : Friday September 20, 2019 2:05 pm

My name is MICHAEL COHEN, my date of birth is _____, and my address is 761 Koehler Ave Suite A, Ronkonkoma, NY 11779 and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.
Executed in SUFFOLK County, State of New York, on the _16_ day of
_October_, 20_19_.

Sworn before me on
10/16/ 2019

LEANNA ONECIA KELLOWAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KE6378011
Qualified in Queens County
My Commission Expires 07-18-2022

MICHAEL COHEN          63475    Declarant
Certification#: 2026656-DLA

dholmans
eaffidavits@pcpusa.net

Service Fee: 125.00  PCP Inv#: A19903470
Witness Fee:    .00
Mileage Fee:    .00
Raizner, Jeffrey L.

E-FILE RETURN

CAUSE NO. 201929340

10/18/2019 3:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37786944
By: Tiffany Jefferson
Filed: 10/18/2019 3:31 PM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 877219
TRACKING #: 73670147

| | |
|---|---|
| Plaintiff: SUL GARROTT LLC | In The 164th |
| | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: TOTAL CONTRACTING LIMITED | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To:** **GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA MAY BE SERVED BY SERVING HENRY KLECAN CEO**
   ONE SEAPORT PLAZA 199 WATER STREET
   NEW YORK NY 10038

   Attached is a copy of: PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

This instrument was filed on SEPTEMBER 6, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on September 12, 2019, under my hand and seal of said court.

Issued at the request of:
SLANIA, ANDREW PHILIP
2402 DUNLAVY STREET
HOUSTON, TX 77006-6760
713-554-9099

Bar Number: 24056338

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: RHONDA MOMON

## EXHIBIT A-9

Tracking Number: 73670147

**CAUSE NUMBER: 201929340**

| | |
|---|---|
| **PLAINTIFF: SUL GARROTT LLC** | In the 164th |
| vs. | Judicial District Court of |
| **DEFENDANT: TOTAL CONTRACTING LIMITED** | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____
_____ in _____ County at o'clock ___, M. On the _____ day of
_____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this
Citation together with the accompanying _____ copy (ies) of the _____. Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____,
20__.

Fees $_____

_____          By_____
            Affiant                                               Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____
            Notary Public

# 164th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002
## CASE #: 201929340

SUL GARROTT, LLC

*Plaintiff*
**vs**
TOTAL CONTRACTING LIMITED

*Defendant*

### AFFIDAVIT OF SERVICE

I, MICHAEL COHEN, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on _____9\17\19_____, Time: __900__ __A__ M instructing for same to
be delivered upon General Security Indemnity Company Of Arizona By Delivering To
CEO, Henry Klecan.

That I delivered to: General Security Indemnity Company Of Arizona By Delivering To
                     CEO, Henry Klecan. By Delivering To GREG DAVIS Relationship:

the following      : CITATION; PLAINTIFF'S FIRST AMENDED PETITION AND JURY DEMAND

at this address    : 199 Water Street One Seaport Plaza
                     One Seaport Plaza
                     New York, New York County, NY 10038

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Friday SEP 20, 2019 2:05 pm

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true and correct.
EXECUTED BY:

MICHAEL COHEN                                         63475
          Certification#: _____

On this day MICHAEL COHEN appeared before me, a notary public, and being duly sworn
by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this _____ day of_____ 2____.

Sworn before me on 10\8\2019

LEANNA ONECIA KELLOWAN
NOTARY PUBLIC-STATE OF NEW YORK
No.01KE6378011
Qualified in Queens County
My Commission Expires 07-16-2022

NOTARY PUBLIC

Service Fee: 125.00      PCP Inv#  : A19903458
Witness Fee:    .00
Mileage Fee:    .00
Raizner, Jeffrey L.

eaffidavits@pcpusa.net                   E-FILE RETURN